ROBERT WENT, Appellant, *v.* THE METHODIST PROTESTANT CHURCH of Williamsburgh, Kings County, et al., Respondents.

*Went* v. *Methodist Protestant Church*, 80 Hun, 266, affirmed.
(Argued October 9, 1896; decided October 27, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered September 7, 1894, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and dismissed the complaint.

*H. F. Lawrence* for appellant.

*William Erdman* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.